# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kelvin Laneil James, | Case No. 2:24-cv-01652-RFB-NJK |
| Petitioner, | |
| v. | **ORDER** |
| Ely State Prison, et al., | |
| Respondents. | |

This closed habeas matter is before the Court on Petitioner Kelvin Laneil James's Motion for Entry of Clerk's Default and Motion for an Order to Enforce. James initiated this habeas action in September, 2024, by filing a Petition for Writ of Habeas Corpus under § 2254. The Court dismissed the petition without prejudice on November 4, 2024, finding that the petition was duplicative of an earlier filed petition pending before this Court challenging the same conviction. ECF No. 9. See James v. Gitteres, Case No. 3:24-cv-00286-ART-CSD. The Clerk of Court entered judgment. ECF No. 10. Accordingly, there are no grounds on which Petitioner may proceed.

**IT IS ORDERED** that Petitioner Kelvin Laneil James's Motion for Entry of Clerk's Default (ECF No. 11) and Motion for an Order to Enforce (ECF No. 13) are DENIED.

DATED this __1__ day of July, 2025.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE